

1  GARY ALAN EBERLY ("EBERLY")
   AZ2842 D-21-1-4L P.O. BOX 4000
2  Vacaville, CA. 95696-4000
   Innocent. Indigent. In Pro Se.

FEB 0 3 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

3
4
          UNITED STATES DISTRICT COURT
              EASTERN DISTRICT

5  GARY ALAN EBERLY,                )  No. 2:25-CV-436 AC(HC)
        Petitioner,                 )
6                                   )  Sac. Co. Sup. Ct. No. 13F07832
        v.                          )  3rd Dist. App. Ct. No. C101957/C102815
7  GAVIN NEWSOM, Gov. of            )  Cal. Supreme Ct. No. S245730/S282102/etc.
   California, Respondent;          )
8                                   )  WRIT OF MANDATE, MOTION TO VACATE, AND/OR
   CNTY. OF SACRAMENTO,             )  OTHER FORMS OF RELIEF, inc: Affirmative,
9  and 1-50 Defendants,             )  Alternative, Declaratory, Extraordinary,
                                    )  Injunctive, Interim, please.
10 SAC. CO. SUPERIOR CT.,           )
   and 1-50 Defendants,             )  Fed R of Evid. R 201 Judicial Notice Re-
11                                  )  quested; Evidentiary Hearing w/Appointed
   J. CAVAGNOLO, Warden,            )  Counsel requested, please. Thank you.
   Real Parties in Interest.        )

12
13  To the Honorable Presiding Judge of the United States District Court,

14  the honorable Gov. of Calif. GAVIN NEWSOM, the Honorable Presiding

    Judge of Sac. Co. Superior Court, and any/all Real Parties, please take
15  Notice:

16  EBERLY asserts unequivocally Innocence/Liberty/beneficial interests,

17  Moves for a peremptory WRIT OF MANDATE, Compelling officials to tell

    the truth, and supply answers: EBERLY challenges his judgement, his
18  confinement, the constitutionality of writ procedures, inter alia.

19  Following the Jan-2016 Trial [where the Court ruled EBERLY is truthful]

20  EBERLY's Trial Counsel kills herself! Trial Court Orders Discovery:

    hundreds of pages/photographs suppressed pretrial come to light! Court
21  staff allied with the Executive Branch defaced wife's Death Certificate

22  and suicide note and other documents! Court staff tell EBERLY 15 of 17

23  of his writs/petitions are adjudicated by Clerks, not Judges! Clerks

    who are part of the Executive Branch! There's much, much more...
24
25  Court staff admit: hundreds of inmate in pro pers are having their fun-

26  damental/substantive/procedural protected Federal Rights violated by

    the lower courts and/or by Executive Branch county actors.
27
    The Appellate Courts dispute NONE of EBERLY's Claims...
28
                              PAGE 1

ORIGINAL

## INDEX

| Title | PAGE |
|---|---|
| I. THE GOVERNOR'S OFFICE IS THE CORRECT RESPONDENT... | 2-3 |
| II. THIS IS THE CORRECT INSTRUMENT/JURISDICTION/VEHICLE... | 4 |
| III. EBERLY IS A SWORN OFFICER OF THE COURTS... | 5 |
| IV. BACKGROUND OF EBERLY'S INSTANT CASE... | 6 |
| V. THE COURTS THEMSELVES OPEN THE INNOCENCE GATEWAY... | 7 |
| VI. **EXEC-BRANCH** ACTORS PREJUDICALLY RETALIATE... | 8 |
| VII. FED R CIV P RULES 7-16 CLAIMS FOR RELIEF... | 9 |
| VIII. PRAYER FOR RELIEF... | 10-11 |
| IX. DECLARATION... | 12 |

## EXHIBITS PACKAGE

Because of Court-Ordered Discovery, EBERLY now has over 100 pages, 116 photographs, two videos, tangible/probative/exculpatory/reliable cannot-be-disputed evidence-which-exonerates EBERLY, and these EXHIBITS are but a small portion: for example, the People still refuse to turn over wife's suicide note, which was not available pretrial, as is the suicide planning/declaration shown here, which was also concealed pretrial, and known to Sac. Co. Law Enforcement.

EXHIBIT A: Trial Court rules EBERLY is truthful, never suppressed evidence, is not guilty (no consciousness of guilt).

EXHIBIT B: EBERLY gets wife's e-mailed Facebook suicide Declaration from a Pastor's wife in April-2021.

EXHIBIT C: June-2024: the People turn over their copy of wife's suicide planning/ideations Declaration from Facebook.

EXHIBIT D: July-2023: EBERLY attaches this evidence-of-innocence to 23WM000058 Eberly v. Sac. Co. Sheriff.

EXHIBIT E: Superior Court Executive-Branch actors deface/spoliate the evidence in EXHIBIT D, prejucially harm EBERLY.

PAGE 1A

## I. THE GOVERNOR'S OFFICE IS THE CORRECT RESPONDENT

Res judicata establishes the Governor is the chief officer of the Executive Branch, directly responsible for Executive Branch actors. Sac. Co. is an 'element of the Executive Branch.' Judicial powers cannot be delegated/conferred to nonjudical actors (in Calif: Cal. Gov. Code §24004, §68082, §69917 and <u>Oliphant v. Whitney</u> 1867 Cal. LEXIS 208. See, in LEXIS <u>12 Ca Jur Clerks of Court</u> §18 Acts clerk cannot perform).

Inter alia, EBERLY finds out through confidential sources EBERLY never has to reveal, nonjudicial Executive Branch county actors are intruding in core judicial functions: Clerks, not Judges, are adjudicating writs, and unconstitutionally denying Relief. These Clerks undermine the integrity of the Judicial Branch; the Cal. Local Rules of Court, Rule 10.810 (a)(1)(2) establishes Clerks are <u>nonjudicial</u>, listed in the <u>county</u> budget this way. Even Cal. Gov. Code Title 8 in plain language states the Clerks intentionally <u>never</u> transitioned from county to state; all their benefits are <u>county</u>: paycheck, healthcare, pension, retirement. Clerks are in a <u>County</u> Union. Are part of SCERS Sacramento <u>County Employees</u> Retirement System. A Judge is a State Officer, Clerks are Executive Branch <u>county</u> actors, it cannot be disputed; Judges use State JRS for their retirement, and so on. The Courts are NOT independent.

A direct line can be drawn from the Governor's office, directly to Sac. Co. Law Enforcement (who investigate crime AND are entrenched in the Courts: they guard the Courts), directly to Court Clerks who have direct family ties and/or nepotism to Sac. Co. Law Enforcement, right back to the Governor's office. EBERLY has NEVER waived Rights allowing nonjudical nonattorney Executive Branch county actors to adjudicate. There are Federal Constitutional violations extant.

EBERLY finds out from Court staff how to tell if a Clerk adjudicated or a Judge did. Court staff checked the CASE MANAGEMENT SYSTEM: there are absolutely zero directions from a Judge to his Clerk(s), and some 15 of 17 writs/petitions are adjudicated by Clerk(s), it cannot even be disputed. EBERLY brings it up in the 3rd Dist. Court of Appeal and they DO NOT dispute/oppose EBERLY's Claims: he is absolutely innocent, Clerks, not Judges, are denying him Relief unconstitutionally, the Executive Branch goal is to frustrate/abuse/injure incarcerated in pro pers into giving up, etc. (C101957 and/or C102815).

Long before EBERLY stepped into Court following his erroneous arrest, for over 50 years, State Appellate Courts have warned Superior Courts not to Inpermissibly Delegate Judicial Power and/or avoid Separation of Power constitutional defects by having 'county provided coordinators' involved in Extraordinary Writ Procedures:

1. Reaves v. Superior Court (1971 Cal. App. LEXIS 1717 writ granted)
2. Smith v. Superior Court (2020 Cal. App. LEXIS 653 writ granted)

EBERLY brings his Claims to Federal Court: the State Courts are continuously/cumulatively/actually/prejudically injuring Federally-protected-Classes (including but not limited to: indigent. In pro per. Incarcerated. Elderly. Disabled. Disadvantaged.) violating the Federal Constitution, it simply cannot be disputed. EBERLY unequivocally asserts these Executive Branch county actors feloniously spoliated/defaced his wife's Death Certificate AND her suicide planning/ideation Declaration, and this tangible/exculpatory/probative evidence demonstrates prejudice: EBERLY can NEVER get a Fair Trial, NEVER get Meaningful Access to the Courts, NEVER get Right To Appeal, NEVER get Truth-In-Evidence, et al.

## II. THIS IS THE CORRECT INSTRUMENT/JURISDICTION/VEHICLE/VENUE

Under Fed Rules Civ Proc R 26 [Duty to Disclose] and Rule 36 [Request for Admission], the Governor has a mandatory Duty/Obligation to tell the truth, supply answers, follow the law under penalty of perjury.

EBERLY gave the Judicial Branch AND the Executive Branch plenty of opportunity to Answer/Respond; with well-established Federal and State law being: an insufficient/silent/post-card denial is an Admission of Truth in the Averments, not even the State Appellate Courts oppose or dispute EBERLY's Claims here; see C101957 Writ of Mandate and also C102815 Writ of Prohibition Eberly v. Superior Court.

Court has Jurisdiction: 28 USCS §§1330-1389; Venue: §§1390-1413, Writ §1367(a) and 42 USCS §1983. This Court can Review EBERLY's unconstitutional judgment: 18 USCS §3742(a); EBERLY now has cannot-be-disputed-evidence-which-exonerates-him (supplied by the People themselves, see below), which is simply a game-changer under Federal law(s).

With the State Courts themselves opening the innocence gateway for EBERLY under Schlup v. Delo (1995 U.S. LEXIS 701 reversed), there are no procedural bars*; no collateral estoppel, EBERLY can cognizably show injury from the government's conduct, there is/are unconstitutional 'continuing violation[s] doctrine' defects under Federal law(s), EBERLY is simply entitled to Relief: his Claims are tangible/material/exculpatory, non-frivolous and meritorious. There is a true/actual/factual Miscarriage of Justice extant. There is factual Cause and Prejudice (see below).

See Fed Rules Civ Proc R 8(a)(d)(e), the government has 'invidious objective,' illegality. See R 12(b)(6) EBERLY has met the burden.

* Also, Innocence Claims are never untimely

III. EBERLY IS A SWORN OFFICER OF THE COURTS BUT NOT AN ATTORNEY...

...and requests ancilliary services, including Appointed Experts for the benefit of the Court. Please construe EBERLY's Writs liberally: **Haines v. Kerner** (1972 U.S. LEXIS 99 reversed; Evidentiary Hearing).

EBERLY is a Court-Appointed-Special-Advocate for foster children in Sacramento County (Cal. Local Rules of Court 5.655 but the program is nationwide and under federal jurisdiction). Prior to being arrested erroneously, EBERLY was extensively background-checked, and has 11th Amendment Immunity: he CANNOT be tried in the same Court which made him an officer, EBERLY never waived Rights. There's 'Improper Venue,' we're VOID AB INITIO from day one, this defect still ripe*.

EBERLY requests Federal Whistleblower status/protection ("WPA"). EBER-LY requests a Protective Order for all Executive and Judicial Branch Records (there's been evidence spoliation). EBERLY has NEW EVIDENCE, NEW FACTS, NEW CIRCUMSTANCES, NEW LAWS to consider, supporting EBER-LY's Claims of Innocence, which are relevant here.(Fed R. Evid R 301-302, 401-403, 404-405, and 608). Fed R Civ P 12(b)(1)(2)(3)(4).

EBERLY has been told about all the prejudice/bias/discrimination directed against incarcerated in pro pers in the Court's Microsoft Outlook/Exchange system, which is Archived in the State's Rancho Cordova Data Center. EBERLY has been told about exculpatory/probative evidence in the Case Management System ("CMS") which helps exonerate him! There are 'independent constitutional violation(s)' extant!

The Public and Media have a Right-To-Know: millions of taxpayer's dollars wasted; abuse of the vunerable/disadvantaged classes; Juries misled.

* Fed R Civ P 12(b)(3).

Honorable Judge of the United States District Court: EBERLY has shown
enough in pages 1-5 to allow Writ to be granted (see PRAYER FOR RELIEF)
but offers these following sections to establish/demonstrate/support EB-
ERLY's factual innocence, transparency, and will show but one of many
tangible/material/exculpatory/verifiable examples of prejudice in both
the lower courts AND by nonjudicial Executive Branch county actors.

## IV. BACKGROUND OF EBERLY'S INSTANT CASE...

Nov-27-2013: EBERLY calls 911. After years of documented suicide attempts
and ideations, his beloved wife is dead, in her she-shed, a plastic bag
over her head. EBERLY asserts no liability, no malice, it's suicide.
Law Enforcement erroneously arrests/persecutes/prosecutes.

Jan-2016: Trial Court believes EBERLY; it rules EBERLY is truthful, not
guilty (no consciousness of guilt), never suppressed evidence EXHIBIT A.
Truly prima facie res ipsa loquitur!

Shockingly, even though the Record shows all seven narcotics are inten-
tionally ingested, there's NO weapon, EBERLY's hands/feet are excluded
by the State's Coroner, there's NO DNA/fingerprint/forensic/medical evi-
dence EBERLY is involved in nexus/catalyst of death, the Jury convicts.

Jan-2018: EBERLY finds out the Jury WROTE to the Court about their pre-
judice against EBERLY; WROTE to the Court about missing 2nd-degree in-
struction, other issues! Then finds out a Court Officer stated, about
EBERLY's Trial Counsel: "Every time I saw her in court she was high,"
and not long after EBERLY's Trial Counsel kills herself w/overdose.

It turns out her, and the Cal. State Bar were in a fight going back to
2006 over criminal charges; she had been disbarred, disciplined, etc.
and see final ¶, pg. 7 (State Bar grants EBERLY relief).

V. THE COURTS THEMSELVES OPEN THE INNOCENCE GATEWAY...

<u>Apr-2021</u>: EBERLY get his wife's cannot-be-disputed [Facebook] suicide planning/declaration from a Pastor's wife <u>EXHIBIT B.</u>

<u>May-2023</u>: Superior Court believes EBERLY, authorizes three Subpoenas, directed at Sac. Co. Sheriff, D.A., and the State Bar [attorney kills herself]; EBERLY now has a **total** of **7 Subpoenas authorized** by the Court.

<u>July-2023</u>: Sheriff turns over 40 pages of exculpatory/probative documents; many simply exonerate EBERLY, including suppressed toxic-screen of wife not available pretrial: <u>Brady v. Maryland</u> (1963 U.S. LEXIS 1615 reversed for Fourteenth Amendment error).

<u>Oct-2023</u>: Superior Court believes EBERLY, Orders People to FULLY disclose and discover. The People turn over evidence their witness gave false testimony, knew their witness sold the narcotics to my beloved wife which directly caused her death, and the People turn over THEIR copy of EXHIBIT B, see <u>EXHIBIT C.</u> Additionally, the People turn over 100 pages of tangible/verifiable documents, two videos, and 116 photographs <u>suppressed pretrial</u>, <u>which is NOT in dispute</u>: the People knew, or should have known, EBERLY told the truth and is absolutely innocent. The People unconstitutionally ignored all guardrails, safety valves, have delayed unconstitutionally (slow justice is no justice; justice delayed is justice denied). The People deceived the Trial Court, deceived the Jury, deceived the Media, deceived the Defense, **YOU.**

<u>Feb-2024</u>: the State Bar itself grants Relief on EBERLY's INEFFECTIVE TRIAL COUNSEL, inter alia. The ultra vies is extensive! The State Bar finds out the name of the People's attorney who has EBERLY's wife's OTHER suicide note (EBERLY didn't know about) Orders him to turn it over but he refuses, apparently fearing liability!

## VI. EXEC-BRANCH ACTORS PREJUDICIALLY RETALIATE AGAINST EBERLY...

...and his wife: because of the success of the May-2023 Subpoenas, EB-ERLY files Mandates, including 23WM000058 <u>Eberly v. Sac. Co. Sheriff</u> and attaches <u>EXHIBIT D</u> as tangible/verifiable evidence-which-exonerates. A confidential source says the Judge himself yelled at his staff: "EBER-LY CAN'T HAVE A SUBPOENA AGAINST THE SHERIFF!" and he denied the Writ and unlawfully turned it into a Habeas 23HC00323. In another example of prejudice, the Judge failed to state a claim for relief, and then, prejudically of course, the criminal side denied said Habeas for "fail-ing to state a claim for relief." EBERLY, with independent constitution-al violations, is prejudically/punitively harmed. EBERLY Appeals in C099242 and C099866; the 13F07832 Instant-Case is tainted.

<u>Apr-2024</u>: the Central California Appellate Program notifies EBERLY the EXHIBITS in 23WM000058/23HC00323 were defaced/spoliated, which is felon-ious in California (Cal. P.C. §§115 et seq and §§132-136 et seq) and violates BOTH the State (Cal. Const. Art. I, §28(f)(2)(5)) and U.S. Constitution: First, Fifth, Sixth, and Fourteenth Amendments. The Exec-utive Branch county actors even Served it directly to the Court of Appeal in Superior Court's "CLERK'S TRANSCRIPT ON APPEAL," which the staff cre-ated, and <u>the evidence was ONLY in THEIR hands</u>, see <u>EXHIBIT E</u>.

Mandate shall lie to Compel truth, answers, Appointed Counsel, Eviden-tiary Hearing on these facts alone. <u>Superior Court staff and/or these Executive Branch actors defaced my beloved wife's Death Certificate</u> to hide "PENDING" in Cause of Death, and the fact, on line 109, no biopsy was done (but it actually <u>WAS</u>, and was suppressed) pretrial. EBERLY only got his wife's Death Certificate in <u>Mar-2023</u>, and her suppressed toxic screen, from the Sheriff, in <u>July-2023</u>. The staff defaced the victim's statement, to hide the truth: EBERLY is innocent.

## VII. FED R CIV P RULES 7-16 CLAIMS FOR RELIEF

1. EBERLY is absolutely innocent. Relief: vacate judgment, release from confinement, unconditionally, with prejudice.

2. EBERLY has been actually-injured by both the Executive Branch and Judicial Branch; entitles EBERLY to Relief: Sanctions, Discovery Sanctions, vacate judgment, unconditional release from confinement, with prejudice, please.

3. Executive Branch county actors spoliated EBERLY's wife's Death Certificate, wife's suicide Declaration, two letters from the Sac. Co. Sheriff: actual prejudice by State Courts, who allowed it to happen, <u>did nothing to resolve the defects</u>. Relief: vacate judgment, unconditional release from confinement with prejudice.

4. 15 of 17 of EBERLY's writs/petitions were adjudicated by Executive Branch cnty actors, not Judges. Relief: null/void/invalidate <u>all</u> of the State Court Orders denying Relief; it is impossible to determine where the prejudice begins or ends.

5. Superior Court writes it has 'no jurisdiction' some 25 times in various Orders denying Relief. 3rd Dist. Appellate Court awards EBERLY 7 Remittiturs. Relief: an Order stating the State Courts have no jurisdiction, personal or subject-matter, the Instant Case is VOID AB INITIO. Vacate judgment, unconditional release from confinement, with prejudice please.

6. The Direct Appeal statement contains fraudulent statements, this from post-conviction Discovery from the People themselves. Relief: Order the People's attorneys and Executive Branch staff to silence, invalidate the Direct Order C081527, prevent it from being used.

7. EBERLY respectfully requests permission to speak to your Honor, In-Chambers. Relief: Order the CDCR to take EBERLY directly to the Federal Courthouse and back to Vacaville, when done (no over-night stays in the Sac. Co. Sheriff's custody, please). Thank you!

## VIII. PRAYER FOR RELIEF

EBERLY prays this Court will vacate his judgment, and release him uncon-
ditionally from confinement, with prejudice, please.

### OR:

1. Please Order the Governor, the Presiding Judge of Superior Court, and
   the Presiding Justice of the 3rd Dist. Court of Appeal to apologize
   to the family and friends of EBERLY's beloved wife, RHONDA GAYE JONES.
   Under their watch, and not one did anything to resolve the spoliation,
   these entities prejudically suppressed my wife's statement(s).

2. Please Order the Sac. Co. Sheriff and the Sac. Co. District Attorney
   to apologize to the family and friends of EBERLY's beloved wife, for
   unconstitutionally suppressing her suicide notes/declarations, and
   dozens of other documents/photographs **going directly to EBERLY's in-
   nocence.** They do not have to admit fault, merely should apologize
   to the Instant-Case Jury, the Media, and the Upper Courts, for mis-
   leading them all.

3. Please prohibitively Order Superior Court of Sac. Co. and the 3rd
   Dist. Court of Appeal to NEVER AGAIN have their Clerks opine and
   or adjudicate in litigation, stay, with their ministerial-only
   duties as the law requires: filing, et al.

4. Order Superior Court and/or the 3rd Dist. Court of Appeal in Sac.
   Co. to set up a "HABEAS UNIT," with a three-judge Panel. They can
   easily adjudicate 50-75 Habeas a week. The Clerk's duty is merely
   "Clerk-Typist," as the law requires.

5. Please Order the Executive Branch to pay all of EBERLY's and his
   Family's costs, including but not limited to: postage, travel,
   litigation/filing-fees, duplication, Discovery, research, et al.

6. Please Order the Executive Branch and Judicial Branch to stifle
   itself, state "No comment," in regards to EBERLY's litigation.

7. Please Order the lower State Courts to full transparency/accounta-
bility: the People own their records, not the Court. After discussing
the parameters with the Judge In-Chambers, EBERLY needs to Search:

   A. The Microsoft Outlook/Exchange Archived database in the Rancho
     Cordova Data Center

   B. The Court's CASE MANAGEMENT SYSTEM, also Archived in the Rancho
     Cordova Data Center

8. Please Order the Executive Branch to turn over to EBERLY all of his
wife's suicide notes, documents, letters, journals, autopsy, psycho-
logical autopsy research/review/records/analysis, everything.

9. Please Order the lower State Courts to remove Direct Appeal C081527
from publication in LEXIS, WESTLAW, et al. Order the lower State
Courts to publish EBERLY's C101957/C0102815/C099242/C099866 in LEX-
IS and WESTLAW, et al. Obviously, the State Executive Branch can
MOTION TO VACATE EBERLY's judgment, have him unconditionally re-
leased from confinement, and then all the State litigation ends,
and nothing need be published.

10. Please create Protective Order to Seal all Records in the Execu-
tive Branch AND the Judicial Branch, so there will be NO MORE
hiding of evidence, concealing of evidence, spoliation of evidence,
and to prevent things like my beloved wife's autopsy photos from
being spread on the internet, et al.

11. Please Order the Sac. Co. Sheriff to release all evidence from the
Sheriff Warehouse; the D.A. ordered them to. The Court ordered them
to. But every time family and friends go there, they refuse.

12. Please Order the County of Sacramento pay EBERLY $20,000,000. EB-
ERLY reminds this respected Court: he has lost his beloved wife,
lost his private home, his job(s), all his retirement/pension(s),
all his possessions/heirlooms, all his vehicles, lost the respect
of the community/family/friends/neighbors, been beat up by Sac. Co.
Sheriff (EBERLY has a Subpoena for THAT), actually/punitively harm-
ed, medically-abused (EBERLY has cancer. EBERLY's hands were horr-
ifically burned at CSP-SOLANO in Aug-2020 in an industrial accci-
dent) and been incarcerated for over 11 years now, unlawfully.

IX. DECLARATION

I, GARY ALAN EBERLY, Petitioner In Pro Se, unequivocally assert abso-
lute innocence, this supported/demonstrated by the Trial Court's ruling,
EXHIBIT A, and by Court-Ordered post-conviction Discovery from the Peo-
ple themselves, declare under penalty of perjury, under the laws of Cali-
fornia, I am not dangerous, violent, nor a public-safety risk, and thus
the aforementioned is accurate and true, to the best of information and
belief, declared this date as below.


Respectfully submitted,


---------------------    ----------
Gary Eberly               Date


                        PAGE 12


ORIGINAL

1 | ## PROOF OF SERVICE BY MAIL

2 | ## BY PRISONER "IN PRO PER"

3 |

4 | I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am

5 | an incarcerated person ___GARY   ALAN   EBERLY , AZ1842___

6 | My prison address is:    California State Prison - Solano

7 |    Housing: D-21-1-4L

8 |    P.O. Box 4000

9 |    Vacaville, California 95696-4000

10 |

11 | On the "date" specified below, I served the following document(s) on the parties listed below by

12 | delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to

13 | the "Prison Mailbox Rule":

14 | Case Name: EBERLY V. NEWSOM    Case #: Sup. Ct. 13F07832

15 | Document(s) Served: WRIT OF MANDATE 12 pages; 17 pages of EXHIBITS.

16 | Fee Waiver plus two-page "Inmate Statement Report," total

17 | 35 pages.

18 | The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form

19 | attached pursuant to prison regulations, was/were addressed as follows:

20 | United States District Court | GOV. GAVIN NEWSOM | Superior Court of Sac. Co.
Eastern District | 1021 O Street #9000 | ATTN: PRESIDING JUDGE

21 | ATTN: PRESIDING JUDGE | Sacramento, CA- | 720 Ninth Street
501 I St #4-200 | 95814 | Sacramento, Ca. 95814

22 | SACRAMENTO, CA. 95814

23 | Cent. Calif. App. Program | A.G. Rob Bonta | CHAIR, SENATE JUDICIARY COMMITTEE
2150 River Plaza Dr. #300 | 1300 I St. Suite 1740 | 1021 O Street, Room 3240

24 | | Sacramento, CA. | Sacramento, Ca. 95814
Sacramento, Co. 95833 | 95814

25 | I declare under penalty of perjury that the foregoing is true and correct. This declaration was

26 | executed on JAN-30-2025 , in Vacaville, California

27 |    "date"    Signature: _____

28 |    Printed Name: Gary Eberly

ORIGINAL

← Careful, please.

# EXHIBITS PACKAGE:

# EBERLY V. NEWSOM

# JAN-30-2025

COPY

# EXHIBIT COVER PAGE:

Exhibit A_____

Description of this exhibit: pg 571 of Trial Transcript, see lines 10-17.
Trial Court affirms EBERLY is truthful, NO fabrication, No deception,
Never suppressed evidence, NO consciousness of guilt, not guilty.

Number of pages for this exhibit: __1____

People v. Amedor is: (1970) 8 Cal. App. 3d 788
                            (1970 Cal. App. LEXIS 2094)

1    something that we could have dealt with here in this

2    courtroom.  And that's the People's position on this.

3        THE COURT:  Anything further, Mr. Staten?

4        MR. STATEN:  I have got to submit.  I mean, my only

5    comment as to the last thing that I still don't understand

6    why I would have to say, I don't want -- I have a tactical

7    reason for not having these instructions.  They clearly go

8    against my client's interest.

9        So, I would submit judge.

10       THE COURT:  Request for the instructions is denied.

11       The Court basically did cite the People V Amador and

12   the Court does not believe that the People have established

13   in fact there is evidence of a material fact to which an

14   untrue statement has been provided.

15       With regard to the suppression of evidence, the Court

16   also disagrees with the People with regard to that matter as

17   well.

18       All right.  Everybody ready?

19       MR. STATEN:  Yes

20       MS. SLIVKA:  Your Honor, are we -- we didn't discuss

21   yesterday and I apologize.  Are you letting us argue, um,

22   prior to instructions?

23       THE COURT:  Yes.

24       MS. SLIVKA:  Okay.  Thank you

25       THE BAILIFF:  Juror 7 called in.

26       THE CLERK:  Yes.  She is ill.

27       THE COURT:  (Redacted)?

28       THE CLERK:  And unable to attend.

# EXHIBIT COVER PAGE:

**Exhibit** B

**Description of this exhibit:** Trial was Jan-2016. ECERUY gets this, his wife's Suicide Note, IN April-2021. It's Facebook, so it still exists IN the Facebook/Meta Archives.

**Number of pages for this exhibit:** 1

① GIVING away her jewelry
② GIVING away her Clothes
③ SCANNING pictures
④ giving away her Most prized possessions, her Barracat, Murano, Waterford, Costa Boda, etc.

⑤ "By the time I pass" (writing of dying)
⑥ Writing of her dead relatives
⑦ Wife clearly does NOT speak Negative about me, and She never told me about this Suicide planning/Ideations.

Facebook messages from R. Jones-Eberly

From:

To:

Date:

- 1/9, 11:49am

### Rhonda Jones-Eberly

Aya, I want you to know that I know you are Garys friend first and foremost and I am not trying to get you on "my side" by telling you this. I am not the manipulator that I have been made out to be, I believe it's a personality quirk that G has. I hope his rehab will address his need to blame. Not that I am innocent by any means but, well, I think you understand. If anything happens to me G will need some help and his mother is not the person that is a healthy source to turn to. Please don't feel bad if you refuse my forthcoming request, as it's not really your "duty" but I feel you are the only one that is close to the situation and I know you love Gary. Ok, here we go.... I have given my sister who is 75 most of my mothers jewelry to give to my nieces who are my age so I only have a couple of things that they may want. I have been scanning family pics and sending them to them, so I don' t really own too much of value, I will list these in this note. Please give my clothes to people that can use them as i am afraid G will just throw them away. I have been collecting Barracat crystal animals for several years and they are either signed or have the Barracat engraving on them, so some are worth a decent amount. I want you to have them to either keep or sell, there may be a couple Waterford crystal figurines in there too. The ones that are not displayed are in a plastic container in the closet in the middle bedroom. The two weird looking hedgehogs are Kosta Boda and are signed by the artist. Next, I also collect mid century Murano bowls, some may fetch a nice sum if you choose to sell them. Gary may keep one or two but I doubt it. Aya these are the only things of value I can give you for your help currently, hopefully by the time I pass I can offer you more. The crystal and sterling rosary beads have been in my family for maybe 70 rears or so. My dad, mom and grandma were holding them during their "showing" when they died, please take them if Gary does not want them. You believe in God and that is where they belong. I will leave anymore info in the container with the crystal animals, but like I said I don't really have much of anything. Let me know if this is something you are unable to do and I will totally understand. I will tell Gary about this within the next week. Thank you and love you. R

- January 9, 2013

•

### 1/9, 6:22pm

### Aya Murphy

Rhonda, I applaud you and Gary Getting help and will support your decisions fully in any venture to better yourselves. Your wishes for distribution of worldly goods are noted and archived, but I will have no need for it as I know you are going to be OK! Thank you for keeping me in the loop and please continue to advise me of any changes and when you and Gary will be going to rehabilitation. Please for my sake though keep personal information to a minimum as I don't need to be fully involved, I am not qualified to advise anyone on personal affairs. Again, very best of luck and you both having me cheering for you!

•

1/9, 6:24pm

# EXHIBIT COVER PAGE:

## C

**Exhibit**_____

**Description of this exhibit:** The People turn their copy of _one_ of two of wife's Suicide Note(s) but refuse to turn over the other one, favoring liability, obviously. The "deleted false" comment is apparently because the District Attorney staff tried to delete this read-only file, to prevent the Courts ( _you_ ) from seeing it.

**Number of pages for this exhibit:** **2**

The People subpoenaed my wife's Facebook in early 2014, keeping all this (including the email of EXHIBIT B) _from_ the Court(s), the Media, the Defense, the Jury.

See _People v. Salcido_ (1966 Cal. App. LEXIS 1040) reversed homicide because wife left Suicide/dying declaration (Cal. Evid. Code §1242).

Eberly now has over 100 documents, and 116 photographs, going directly to INNOCENCE, supplied _by the People themselves_!

Rhonda Jones-Eberly (1366818578)

Author Rhonda Jones-Eberly (1366818578)

Sent 2013-01-09 19:49:41 UTC

Deleted false

Body Aya, I want you to know that I know you are Garys friend first and foremost and I am not trying to get you on "my side" by telling you this. I am not the manipulator that I have been made out to be, I believe it's a personality quirk that G has. I hope his rehab will address his need to blame. Not that I am innocent by any means but, well, I think you understand. If anything happens to me G will need some help and his mother is not the person that is a healthy source to turn to. Please don't feel bad if you refuse my forthcoming request, as it's not really your "duty" but I feel you are the only one that is close to the situation and I know you love Gary. Ok, here we go.... I have given my sister who is 75 most of my mothers jewelry to give to my nieces who are my age so I only have a couple of things that they may want. I have been scanning family pics and sending them to them, so I don' t really own too much of value, I will list these in this note. Please give my clothes to people that can use them as i am afraid G will just throw them away. I have been collecting Barracat crystal animals for several years and they are either signed or have the Barracat engraving on them, so some are worth a decent amount. I want you to have them to either keep or sell, there may be a couple Waterford crystal figurines in there too. The ones that are not displayed are in a plastic container in the closet in the middle bedroom. The two weird looking hedgehogs are Kosta Boda and are signed by the artist. Next, I also collect mid century Murano bowls, some may fetch a nice sum if you choose to sell them. Gary may keep one or two but I doubt it. Aya these are the only things of value I can give you for your help currently, hopefully by the time I pass I can offer you more. The crystal and sterling rosary beads have been in my family for maybe 70

rears or so. My dad, mom and grandma were holding them during their "showing" when they died, please take them if Gary does not want them. You believe in God and that is where they belong. I will leave anymore info in the container with the crystal animals, but like I said I don't really have much of anything. Let me know if this is something you are unable to do and I will totally understand. I will tell Gary about this within the next week. Thank you and love you. R

Recipients Rhonda Jones-Eberly (1366818578)

Aya Murphy (1558996920)

Author Aya Murphy (1558996920)

Sent 2013-01-10 02:22:51 UTC

Deleted false

# EXHIBIT COVER PAGE:

**Exhibit** 

**Description of this exhibit:** EBERLY files these 4 pages as EXHIBITS IN 23WM000058 IN JULY-2023.

**Number of pages for this exhibit:** 4

Facebook messages from R. Jones-Eberly

From,

To.

Date.

- 1/9, 11:49am
  ### Rhonda Jones-Eberly
  Aya, I want you to know that I know you are Garys friend first and foremost and I am not trying to get you on "my side" by telling you this. I am not the manipulator that I have been made out to be, I believe it's a personality quirk that G has. I hope his rehab will address his need to blame. Not that I am innocent by any means but, well, I think you understand. If anything happens to me G will need some help and his mother is not the person that is a healthy source to turn to. Please don't feel bad if you refuse my forthcoming request, as it's not really your "duty" but I feel you are the only one that is close to the situation and I know you love Gary. Ok, here we go.... I have given my sister who is 75 most of my mothers jewelry to give to my nieces who are my age so I only have a couple of things that they may want. I have been scanning family pics and sending them to them, so I don' t really own too much of value, I will list these in this note. Please give my clothes to people that can use them as i am afraid G will just throw them away. I have been collecting Barracat crystal animals for several years and they are either signed or have the Barracat engraving on them, so some are worth a decent amount. I want you to have them to either keep or sell, there may be a couple Waterford crystal figurines in there too. The ones that are not displayed are in a plastic container in the closet in the middle bedroom. The two weird looking hedgehogs are Kosta Boda and are signed by the artist. Next, I also collect mid century Murano bowls, some may fetch a nice sum if you choose to sell them. Gary may keep one or two but I doubt it. Aya these are the only things of value I can give you for your help currently, hopefully by the time I pass I can offer you more. The crystal and sterling rosary beads have been in my family for maybe 70 rears or so. My dad, mom and grandma were holding them during their "showing" when they died, please take them if Gary does not want them. You believe in God and that is where they belong. I will leave anymore info in the container with the crystal animals, but like I said I don't really have much of anything. Let me know if this is something you are unable to do and I will totally understand. I will tell Gary about this within the next week. Thank you and love you. R

- January 9, 2013

-

  1/9, 6:22pm
  ### Aya Murphy
  Rhonda, I applaud you and Gary Getting help and will support your decisions fully in any venture to better yourselves. Your wishes for distribution of worldly goods are noted and archived, but I will have no need for it as I know you are going to be OK! Thank you for keeping me in the loop and please continue to advise me of any changes and when you and Gary will be going to rehabilitation. Please for my sake though keep personal information to a minimum as I don't need to be fully involved, I am not qualified to advise anyone on personal affairs. Again, very best of luck and you both having me cheering for you!

-

  1/9, 6:24pm

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# SACRAMENTO COUNTY
## DEPARTMENT OF HEALTH AND HUMAN SERVICES

3052013242543 | **CERTIFICATE OF DEATH**<br>STATE OF CALIFORNIA<br>USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS<br>VS-11(REV 3/08) | 3201334010786

STATE FILE NUMBER | | LOCAL REGISTRATION NUMBER

### DECEDENT'S PERSONAL DATA

| 1. NAME OF DECEDENT- FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| RHONDA | G. | JONES |

| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX |
|---|---|---|---|---|---|
| RHONDA G. JONES-EBERLY | 11/04/1962 | 51 | | | F |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP* (at Time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| NEW YORK | 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 | YES [X] NO UNK | MARRIED | 11/27/2013 FND | 1918 |

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) | 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH (If yes, see worksheet on back) | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| HS GRADUATE | YES [X] NO | WHITE |

| 17. USUAL OCCUPATION – Type of work for most of the D/O NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| ADMINISTRATOR | DATA STORAGE | 20 |

### USUAL RESIDENCE / INFORMANT

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 5240 GLIDE COURT |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| SACRAMENTO | SACRAMENTO | 95841 | 50 | CALIFORNIA |

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| CHRISTOPHER HOLLAND, FRIEND | 4826 MELVIN DRIVE, CARMICHAEL, CA 95608 |

### SPOUSE/SRDP AND PARENT INFORMATION

| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) | |
|---|---|---|---|
| GARY | - | EBERLY | |

| 31. NAME OF FATHER/PARENT–FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| CHARLES | - | JONES | NEW YORK |

| 35. NAME OF MOTHER/PARENT–FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| JANET | IRENE | GONSALVEZ | NEW YORK |

### FUNERAL DIRECTOR / LOCAL REGISTRAR

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION | |
|---|---|---|
| 12/31/2013 | RESIDENCE: CHRISTOPHER HOLLAND, FRIEND<br>4826 MELVIN DRIVE, CARMICHAEL, CA 95608 | |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CR/RES | ▶ NOT EMBALMED | - |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| SIERRA VIEW FUNERAL CHAPEL AND CREMATORY, INC | FD924 | ▶ OLIVIA KASIRYE, MD | 12/31/2013 |

### PLACE OF DEATH

| 101. PLACE OF DEATH | | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|---|
| OTHER FOUND | | IP / ER/OP / DOA / Hospice | Nursing Home/LTC / Decedent's Home [X] Other |

| 104. COUNTY | 1. 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| SACRAMENTO | 5205 GLIDE COURT | SACRAMENTO |

### CAUSE OF DEATH

| 107. CAUSE OF DEATH | Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) PENDING | (AT) PEND | [X] YES NO |
| | | | 13-05654 |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) | (BT) | 109. BIOPSY PERFORMED? YES [X] NO |
| | (C) | (CT) | 110. AUTOPSY PERFORMED? [X] YES NO |
| | (D) | (DT) | 111. USED IN DETERMINING CAUSE? [X] YES NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|

### PHYSICIAN'S CERTIFICATION

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date) | 113A. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| | YES NO [X] UNK |

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|
| Decedent Attended Since ___ Decedent Last Seen Alive ___ | | |
| A) mm/dd/ccyy (B) mm/dd/ccyy | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | |

### CORONER'S USE ONLY

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH: Natural / Accident / Suicide [X] Homicide / Could not be determined / Pending Investigation | YES NO UNK | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number or location, and city and zip) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ KIM GIN | 12/02/2013 | KIM GIN, DEPUTY CORONER |

### STATE REGISTRAR

| A | B | C | D | E | *01000100250S844* | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF SACRAMENTO

This is a true exact reproduction of the document officially registered and placed on file in the SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES.

DATE ISSUED __December 31, 2013__






# SACRAMENTO COUNTY SHERIFF'S OFFICE

## JIM COOPER
### *Sheriff*

June 7, 2023

Gary Alan Eberly
AZ2842 D-21-2-4L
P.O. Box 4000
Vacaville, CA 95696-4000

RE:    NON-COMPLIANCE WITH SUBPOENA
       Eberly v Sac. Co. Sheriff, report no. 13-265443

Dear Mr. Eberly:

You have issued a subpoena to this agency requesting a various evidence, property, and other information in regard to your representation of yourself for a habeus corpus request for Sacramento Superior Court case 13F07832, our agency report 13-265443.

Your subpoena is being rejected as you did not indicate an active court case for this request. If there is an active case, please resubmit your subpoena request and specify the case number in the box in upper right of the subpoena page 1. In addition, you failed to provide a response/hearing location in box 1a-b of page 1 of your subpoena. If you resubmit this subpoena, please provide a hearing location or response mailing address in box 1a-b of page 1.

Cordially,

JIM COOPER, SHERIFF

Jennifer Tomich
Sheriff's Records Officer I
Field Support Division
Sacramento County Sheriff's Office

# SACRAMENTO COUNTY SHERIFF'S OFFICE

### JIM COOPER
*Sheriff*

June 30, 2023

Gary Alan Eberly
AZ2842 D-21-2-4L
P.O. Box 4000
Vacaville, CA 95696-4000

Dear Mr. Eberly:

You have issued a subpoena to this agency requesting a various evidence, property, and other information in regard to your representation of yourself for a habeus corpus request for Sacramento Superior Court case 13F07832, our agency report 13-265443.

We are writing to inform you that the Sacramento County Sheriff's Office is unable to comply with the above subpoena. Pursuant to Penal Code 1054.5, any criminal discovery request must be made to the district attorney, who is exclusively responsible for providing discovery.

A non-party is not required to file a motion to quash in order to pursue a valid privilege or objection to a subpoena for production of business records. (*Monarch Health Care v. Superior Court* (2000) 78 Cal.App.4th 1282, 1287-88.) It is sufficient for such a person to simply object. (*Id.* at 1284.)

By this response, the Sheriff's Office waives no privileges or any other rights or claims of confidentiality. This includes the official information privilege. (Evid. Code § 1040.) Law enforcement investigative reports are prepared by peace officers from confidential information acquired within the course and scope of their duties.

Cordially,
JIM COOPER, SHERIFF

Jennifer Tomich
Sheriff's Records Officer I
Field Support Division
Sacramento County Sheriff's Office

# EXHIBIT COVER PAGE:

**Exhibit**  E

**Description of this exhibit:** Superior Court Staff deface wife's Death Certificate (try to hide "PENDING" as cause of death), deface "No biopsy" line 109. Superior Court Executive Branch Staff deface, unconstitutionally spoliate, wife's Suicide Declaration!! Truly Prejudicial.

**Number of pages for this exhibit:** 4

Superior Court Executive Branch County actors violate EBERLY's Constitutional Rights: to Appeal, Meaningful Access to the Courts, Due Process, Right To Confront, Truth-In-Evidence, Discovery, et al, protected federal Rights, feloniously too.

Facebook messages from R. Jones-Eberly

From.

To.

Date.

- 1/9, 11:49am
  Rhonda Jones-Eberly
  Aya, I want you to know that I know you are Garys friend first and foremost and I am not trying to get you on "my side" by telling you this. I am not the manipulator that I have been made out to be, I believe it's a personality quirk that G has. I hope his rehab will address his need to blame. ████████████████████████ but, well, I think you understand ███ ████ ████████████████████████████ and his mother is not the person that is a healthy source to turn to. Please don't feel bad if you refuse my forthcoming request, as it's not really your "duty" but I feel you ██████████████ that is close to the situation and I know you love Gary. Ok, here we go.... I have given my sister who is ████████████████ ███████ to give to my nieces who are my age so I only have a couple of things that they may want. I have been ██████████████████ and sending them to them, so I don't really own too much of value, I will list these in this note. ████████ give my clothes to █████████████ ████████████████████████████████ I have been collecting ████████████ for several years and they are either signed or have the ████████████████ on them, so some are worth a decent amount. I want you to have them to either keep or sell, there may be a couple ████████████████████████ there too. The ones that are not displayed are in a plastic container in the closet in the middle bedroom. The two weird looking hedgehogs are ████████████ and are signed by the artist. Next, I also collect ████ ███████████████ some may fetch a nice sum if you choose to sell them. ███████ ████████████ Aya these are the only things of value I can give you for your help currently, hopefully ████████████████ can offer you more. The crystal and sterling ████████████████████████████████████████████████████████████████████ ███████████████ during their "showing" ████████████████████████████████████ ████████ You believe in God and that is where they belong. I will leave anymore info in the container with the crystal animals, but like I said I don't really have much of anything. Let me know if this is something you are unable to do and I will totally understand. I will tell Gary about this within the next week. Thank you and love you. R
- January 9, 2013


  1/9, 6:22pm
  Aya Murphy
  Rhonda, I applaud you and Gary Getting help and will support your decisions fully in any venture to better yourselves. Your wishes for distribution of worldly goods are noted and archived, but I will have no need for it as I know you are going to be OK! Thank you for keeping me in the loop and please continue to advise me of any changes and when you and Gary will be going to rehabilitation. Please for my sake though keep personal information to a minimum as I don't need to be fully involved, I am not qualified to advise anyone on personal affairs. Again, very best of luck and you both having me cheering for you!


  1/9, 6:24pm

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# SACRAMENTO COUNTY
### DEPARTMENT OF HEALTH AND HUMAN SERVICES

**CERTIFICATE OF DEATH**

3052013242543

3201334010786

STATE FILE NUMBER

LOCAL REGISTRATION NUMBER

| | |
|---|---|
| 6. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS | 13. DATE OF DEATH | |
| NEW YORK | 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 | YES [X] UNK | MARRIED | FND | |
| 17. EDUCATION | | YES | 16. DECEDENT'S RACE | WHITE | |
| HS GRADUATE | | | [X] | | |
| 22. USUAL OCCUPATION | 23. KIND OF BUSINESS OR INDUSTRY | 19. YEARS IN OCCUPATION | | | |
| ADMINISTRATOR | DATA STORAGE | 20 | | | |

28. DECEDENT'S RESIDENCE

5240 GLIDE COURT

| 71. CITY | 72. COUNTY/PROVINCE | 73. ZIP CODE | 74. YEARS IN COUNTY | 75. STATE OR FOREIGN COUNTRY |
|---|---|---|---|---|
| SACRAMENTO | SACRAMENTO | 95841 | 50 | CALIFORNIA |

26. INFORMANT'S NAME, RELATIONSHIP

CHRISTOPHER HOLLAND, FRIEND

27. INFORMANT'S MAILING ADDRESS
4826 MELVIN DRIVE, CARMICHAEL, CA 95608

| 29. NAME OF SURVIVING SPOUSE/SRDP—FIRST | 30. MIDDLE | 36. LAST BIRTH NAME |
|---|---|---|
| GARY | - | EBERLY |
| 31. NAME OF FATHER/PARENT—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
| CHARLES | - | JONES | NEW YORK |
| 35. NAME OF MOTHER/PARENT—FIRST | 36. MIDDLE | 37. LAST BIRTH NAME | 38. BIRTH STATE |
| JANET | IRENE | GONSALVEZ | NEW YORK |

| 39. DISPOSITION DATE | 40. PLACE OF FINAL DISPOSITION RESIDENCE: CHRISTOPHER HOLLAND, FRIEND | |
|---|---|---|
| 12/31/2013 | 4826 MELVIN DRIVE, CARMICHAEL, CA 95608 | |
| 41. TYPE OF DISPOSITION | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
| CR/RES | ► NOT EMBALMED | |
| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE |
| SIERRA VIEW FUNERAL CHAPEL AND CREMATORY, INC. | FD924 | ► OLIVIA KASIRYE, MD | 12/31/2013 |

| 101. PLACE OF DEATH | | | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|---|---|
| OTHER FOUND | | | IP EP/OP DOA | Hospice Residence Other [X] |
| 104. CAUSE OF DEATH | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | | | 106. CITY |
| SACRAMENTO | 5205 GLIDE COURT | | | SACRAMENTO |

| 107. CAUSE OF DEATH | | 108. DEATH REPORTED TO CORONER |
|---|---|---|
| IMMEDIATE CAUSE | | [X] YES NO |
| (A) | | 13-05654 |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (B) | | 110. AUTOPSY PERFORMED? [X] YES NO |
| (C) | | 111. USED IN DETERMINING CAUSE [X] YES NO |
| (D) | | |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 111? | 114. IF FEMALE, PREGNANT IN LAST YEAR? YES NO [X] UNK |
|---|---|

| 115. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED | 116. LICENSE NUMBER | 117. DATE |
|---|---|---|

118. I CERTIFY THAT THE FINAL DIAGNOSIS AND CAUSE, IF ANY

| 119. MANNER OF DEATH | Natural Accident Suicide [X] Homicide Could not be Determined | 122. INJURED AT WORK? YES NO UNK | 123. INJURY DATE | 122. HOUR |
|---|---|---|---|---|

125. PLACE OF INJURY

134. DESCRIBE HOW INJURY OCCURRED

135. LOCATION OF INJURY

STATE REGISTRAR

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO } SS

This is a true and exact reproduction of the document officially registered and placed on file in the SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES.

ISSUED: December 31, 2013

8



# SACRAMENTO COUNTY SHERIFF'S OFFICE

## JIM COOPER
### *Sheriff*

June 7, 2023

Gary Alan Eberly
AZ2842 D-21-2-4L
P.O. Box 4000
Vacaville, CA 95696-4000

RE:   NON-COMPLIANCE WITH SUBPOENA
      Eberly v Sac. Co. Sheriff, report no. 13-265443

Dear Mr. Eberly:

You have issued a subpoena to this agency requesting a various evidence, property, and other information in regard to your representation of yourself for a habeus corpus request for Sacramento Superior Court case ▓▓▓▓▓. Your agency report 13-265443.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓ If there is an active case, please resubmit your subpoena request and specify the case number in the box in upper right of the subpoena page 1. In addition, you failed to provide a response/hearing location in box 1a-b of page 1 of your subpoena. If you resubmit this subpoena, please provide a hearing location or response mailing address in box 1a-b of page 1.

Cordially,

JIM COOPER, SHERIFF

Jennifer Tomich
Sheriff's Records Officer I
Field Support Division
Sacramento County Sheriff's Office

REFER ALL CORRESPONDENCE TO:  SACRAMENTO SHERIFF'S OFFICE • 4500 ORANGE GROVE AVENUE • SACRAMENTO, CA 95841-4205



# SACRAMENTO COUNTY SHERIFF'S OFFICE

## JIM COOPER
*Sheriff*

June 30, 2023

Gary Alan Eberly
AZ2842 D-21-2-4L
P.O. Box 4000
Vacaville, CA 95696-4000

Dear Mr. Eberly:

You have issued a subpoena to this agency requesting a various evidence, property, and other information in regard to your representation of yourself for a habeus corpus request for Sacramento Superior Court case

We are writing to inform you that the Sacramento County Sheriff's Office is unable to comply with the above subpoena. Pursuant to Penal Code 1054.5, any criminal discovery request must be made to the district attorney, who is exclusively responsible for providing discovery.

A non-party is not required to file a motion to quash in order to pursue a valid privilege or objection to a subpoena for production of business records. (*Monarch Health Care v. Superior Court* (2000) 78 Cal.App.4th 1282, 1287-88.) It is sufficient for such a person to simply object. (*Id.* at 1284.)

By this response, the Sheriff's Office waives no privileges or any other rights or claims of confidentiality. This includes the official information privilege. (Evid. Code § 1040.) Law enforcement investigative reports are prepared by peace officers from confidential information acquired within the course and scope of their duties.

Cordially,
JIM COOPER, SHERIFF

Jennifer Tomich
Sheriff's Records Officer I
Field Support Division
Sacramento County Sheriff's Office

REFER ALL CORRESPONDENCE TO:  SACRAMENTO SHERIFF'S OFFICE • 4500 ORANGE GROVE AVENUE • SACRAMENTO, CA  95841-4205