UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ALAN EBERLY,

    Petitioner,

    v.

J. CAVAGNOLO, et al.,

    Respondents.

No.  2:25-cv-00436-DC-AC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 15)

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 31, 2026, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 15.  Petitioner has not filed objections to the findings and recommendations, and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 15) are ADOPTED;

1

2.  The petition is DISMISSED without leave to amend due to Petitioner's failure to state a cognizable federal habeas claim; and

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **May 5, 2026**

_____

Dena Coggins
United States District Judge

2